# Notice Recipients

District/Off: 0970−2  User: fagans  Date Created: 1/21/2010
Case: 2:09−ap−01728−RTBP  Form ID: nprosepl  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      ANDREW C. BAILEY      2500 N PAGE SPRINGS RD      CORNVILLE, AZ 86325

TOTAL: 1