Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com

Counsel for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| ANDREW C. BAILEY,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK; CWALT INC. ALTERNATIVE LOAN TRUST; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOMES LOANS; COUNTRYWIDE HOME LOANS; THE MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br><br>Defendants. | Adv. Proceeding No. 2:09-ap- 01728-RTBP<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of defendants BAC Home Loans Servicing, LP ("BAC"); The Bank of New York Mellon ("BONY"), in its capacity

as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4; Countrywide Home Loans Servicing, LP (erroneously named as Countrywide Home Loans) ("CHL"); and Mortgage Electronic Registration Service (erroneously named as The Mortgage Electronic Registration Service) ("MERS") (collectively, "Defendants"), in compliance with the provisions of Federal Rules of Bankruptcy Procedure 7007.1, a nongovernmental corporate party to an action in an adversary proceeding must file two copies of a statement that identifies any corporation, other than a governmental unit, that owns 10% or more of any class of the corporation's equity interests, or states that there is no such corporation. Accordingly, the Defendants hereby declare as follows:

1. Bank of America Corporation owns 10% or more of the ownership interests of BAC.
2. The Bank of New York Mellon Corporation owns 10% or more of the ownership interests in BONY.
3. Countrywide Home Loans, Inc. owns 10% or more of the ownership interests in CHL.
4. Merscorp, Inc. owns 10% or more of the ownership interests in MERS.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 23rd day of February, 2010.

**BRYAN CAVE LLP**

By: /s/ KSH #024155
Robert J. Miller
Kyle S. Hirsch
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
Attorneys for Defendants

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing served via **email** |
| 3 | this 23rd day of February, 2009, upon: |
| 4 | Andrew C. Bailey |
| 5 | 2500 N. Page Springs Rd.<br>Cornville, AZ 86325 |
| 6 | Email: andrew@cameronbaxter.net<br>Debtor in Pro Per |
| 7 | |
| 8 | |
| 9 | /s/ Corkey C. Beckstead |

**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

3

662942.1 [0307032]
Case 2:09-ap-01728-SSC   Doc 19   Filed 02/23/10   Entered 02/23/10 16:35:04   Desc
Main Document   Page 3 of 6

Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet: rjmiller@bryancave.com
kyle.hirsch@bryancave.com

Counsel for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
| ANDREW C. BAILEY,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK; CWALT INC. ALTERNATIVE LOAN TRUST; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOMES LOANS; COUNTRYWIDE HOME LOANS; THE MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br><br>Defendants. | Adv. Proceeding No. 2:09-ap- 01728-RTBP<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of defendants BAC Home Loans Servicing, LP ("BAC"); The Bank of New York Mellon ("BONY"), in its capacity

as trustee of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4; Countrywide Home Loans Servicing, LP (erroneously named as Countrywide Home Loans) ("CHL"); and Mortgage Electronic Registration Service (erroneously named as The Mortgage Electronic Registration Service) ("MERS") (collectively, "Defendants"), in compliance with the provisions of Federal Rules of Bankruptcy Procedure 7007.1, a nongovernmental corporate party to an action in an adversary proceeding must file two copies of a statement that identifies any corporation, other than a governmental unit, that owns 10% or more of any class of the corporation's equity interests, or states that there is no such corporation. Accordingly, the Defendants hereby declare as follows:

1. Bank of America Corporation owns 10% or more of the ownership interests of BAC.
2. The Bank of New York Mellon Corporation owns 10% or more of the ownership interests in BONY.
3. Countrywide Home Loans, Inc. owns 10% or more of the ownership interests in CHL.
4. Merscorp, Inc. owns 10% or more of the ownership interests in MERS.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 23rd day of February, 2010.

**BRYAN CAVE LLP**

By: /s/ KSH #024155
Robert J. Miller
Kyle S. Hirsch
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
Attorneys for Defendants

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing served via **email** |
| 3 | this 23rd day of February, 2009, upon: |
| 4 | Andrew C. Bailey |
| 5 | 2500 N. Page Springs Rd.<br>Cornville, AZ 86325 |
| 6 | Email: andrew@cameronbaxter.net<br>Debtor in Pro Per |
| 7 | |
| 8 | |
| 9 | /s/ Corkey C. Beckstead |

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

3