


FEB 2 3 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| Andrew C. Bailey, | 2:09-bk-06979-RTBP |
| Debtor (s). | Adv: 2:09-ap-01728-RTBP |
| Andrew C. Bailey, | ORDER OF RECUSAL |
| Plaintiff | (BANK OF NEW YORK) |
| vs. | **(SARAH SHARER CURLEY)** |
| The Bank of New York Mellon fka The Bank of New York; CWALT Inc. Alternative Loan Trust; BAC Home Loans Servicing LP, fka Countrywide Home Loans; Countrywide Home Loans; The Mortgage Electronic Registration Service, | |
| Defendants. | |

Before the court is the Defendant's Motion To Dismiss or, with Respect To Certain Causes of Action and Relief Sought, For A More Definite Statement. It appearing that the Honorable Redfield T. Baum has a conflict of interest and must recuse himself from considering the bank's motion, and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C. 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for his/her consideration.

DATED this 23 day of February, 2010.

Honorable Redfield T. Baum
United States Bankruptcy Judge

Copy of the foregoing
mailed this 23 day of
February, 2010 to:

Robert J. Miller
Kyle S. Hirsch
BRYAN CAVE, LLP
Two North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406

Andrew C. Bailey
2500 N. Page Springs Road
Cornville, Arizona 86325

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

by _____
Judicial Assistant