ANDREW C. BAILEY
2500 N. Page Springs Rd
Cornville, AZ 86325
928 634-4335
*Self-Represented Litigant*



RECEIVED
2010 MAY 27 P 1:19
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| ANDREW C. BAILEY<br>         Plaintiff<br><br>vs<br><br>THE BANK OF NEW YORK MELLON, as trustee of the CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4; BAC HOME LOANS SERVICING, LP; AND MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS INC; JOHN DOES 1-10 inclusive; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto,<br>         **Defendants.** | Chapter 11<br>BK Case #: 2:09-bk-06979-PHX-RTBP<br>AP Case #: 2:09-ap-01728-RTBP<br><br><br>**NOTICE OF LIS PENDENS** |
|---|---|

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned litigation has asserted claims affecting the title to and interest in the real property described in Exhibit "A" attached hereto.

The property address is: 2560 N. Page Springs Rd, Cornville, AZ 86325.

Assessor Parcel Number: 407-27-016C.

- 1 -

05/27/2010

The claims include violation of Federal and State Statutes, breach of contract, fraud, misrepresentation, bad faith, quiet title, declaratory and injunctive relief, and damages including punitive damages and attorneys' fees from the Defendants, their agents, successors and assigns.

Dated this 27th day of May, 2010

_____
**Andrew C. Bailey, Plaintiff in Pro Per**

B-4650 P-692
Page: 2 of 2
CNS 4294909

TS # 08-0100290
PUB# 2883895
LOAN TYPE: CONV

# "EXHIBIT A"
## LEGAL DESCRIPTION

A PORTION OF THE SE 1/4 OF SECTION 15, TOWNSHIP 16 NORTH, RANGE 4 EAST, GILA AND SALT RIVER BASE AND MERIDIAN, YAVAPAI COUNTY, ARIZONA, BOUNDED AND DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 15; THENCE NORTH 89°57'49" WEST, ALONG THE SOUTHERLY BOUNDARY OF SAID SECTION 15, A DISTANCE OF 909.42 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 89°57'49" WEST, A DISTANCE OF 393.75 FEET; THENCE NORTH 07°17'21" EAST, A DISTANCE OF 288.10 FEET; THENCE SOUTH 89°57'49" EAST, A DISTANCE OF 292.28 FEET; THENCE SOUTH 12°47'43" EAST, A DISTANCE OF 293.12 FEET TO THE TRUE POINT OF BEGINNING.

*Form legaldesc (07/01)*