# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ANDREW C BAILEY
**Case Number:** 2:09-bk-06979-RTBP  **Chapter:** 11
**Date / Time / Room:** THURSDAY, JULY 15, 2010 10:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

ADV: 2-09-01728

**ANDREW C. BAILEY vs THE BANK OF NEW YORK MELLON, FKA THE BAN**

HEARING ON THIRD AMENDED COMPLAINT

R / M #: 18 / 0

## Appearances:

ANDREW C BAILEY(Telephonic)
KYLE S. HIRSCH, ATTORNEY FOR THE BANK OF NEW YORK MELLON, FKA THE BAN

## Proceedings:

Mr. Hirsch presents her argument on his motion to dismiss the third amended complaint. He states that the allegations are not supported and asked the court to dismiss with prejudice. Mr. Bailey states that he could not find an attorney, and will stand by the pleading that he has filed. He states that he has nothing further to add.

COURT: IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT.

c: Paul Hilkert
   Maria Mathus