*2*




**FILED**
SEP 0 3 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09-bk-06979-RTBP |
| ANDREW C BAILEY | Chapter: 11 |
| *Debtor(s)* | |

| | |
|---|---|
| ANDREW C. BAILEY | Adversary No.: 2:09-ap-01728-~~RTBP~~ SSC |
| *Plaintiff(s)* | |
| v. | |
| THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK et al. | |
| *Defendant(s)* | |

## CERTIFICATE OF SERVICE

I, **Andrew C Bailey**, certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on **8/25/10** by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant **Kyle Hirsch : Attorney for Defendants in Case # 2:09-AP-01728-SSC**

3 copies
4th Amended Complaint

Bryan Cave
1 Renaissance Sq. 2 N. Central Ave Ste 2200
Phoenix, AZ 85004-4406

09/07/2010

☐ Publication: The defendant was served as follows: (Describe briefly)




☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)




If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 8/31/10

(Signature)

Andrew C Bailey
(Print Name)

2500 W Page Spring Rd
(Business Address)

Cornville, AZ 86325
(City, State, Zip Code)



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

PHOENIX AZ 85004

| | | |
|---|---|---|
| Postage | $ | $4.90 | 0528 |
| Certified Fee | | $2.80 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.70 | 08/25/2010 |

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions