Robert J. Miller (#013334)
Kyle S. Hirsch (#024155)
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Telecopier: (602) 364-7070
Internet:  rjmiller@bryancave.com
         kyle.hirsch@bryancave.com

Counsel for Defendants

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>ANDREW C. BAILEY,<br><br>Debtor | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-06979-PHX-RTBP |
|---|---|
| ANDREW C. BAILEY,<br><br>Plaintiff<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK; CWALT INC. ALTERNATIVE LOAN TRUST; BAC HOME LOANS SERVICING LP, f/k/a COUNTRYWIDE HOMES LOANS; COUNTRYWIDE HOME LOANS; THE MORTGAGE ELECTRONIC REGISTRATION SERVICE,<br><br>Defendants. | Adv. Proceeding No. 2:09-ap- 01728-RTBP<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, WITH PREJUDICE, PLAINTIFF'S FOURTH AMENDED COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY OR EXTENT OF A LIEN OR OTHER INTEREST IN REAL PROPERTY AND PETITION FOR INJUNCTIVE RELIEF**<br><br>**Hearing Date: November 9, 2010**<br>**Hearing Time: 10:00 a.m.**<br>**Location:**<br>  **230 N. First Avenue, 7th Floor**<br>  **Courtroom 701, Phoenix, AZ** |

676695.1 [0307032]

BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

**NOTICE IS HEREBY GIVEN** that the Court will conduct a hearing on **November 9, 2010 at 10:00 a.m. at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 701, Phoenix, Arizona** to consider *Defendants' Motion To Dismiss, With Prejudice, Plaintiff's Fourth Amended Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Real Property and Petition for Injunctive Relief* [DE 55] ("Motion") filed by the defendants in this adversary proceeding (collectively, "Defendants"). The Motion seeks an order:

a. dismissing this adversary proceeding in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6), **with prejudice**; and

b. granting such further relief as the Court deems just and proper under the circumstances.

**NOTICE IS FURTHER GIVEN** that any responses and/or objections to the Motion shall be filed with the Clerk of the United States Bankruptcy Court and a copy served upon the attorneys for Defendants as set forth below **no later than October 4, 2010**:

Kyle S. Hirsch, Esq.
BRYAN CAVE LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: kyle.hirsch@bryancave.com

If no responses or objections to the Motion are timely filed and served, the Court may vacate the hearing and grant the relief requested in the Motion.

DATED this 15th day of September, 2010.

**BRYAN CAVE LLP**

By: /s/ KSH, 024155
    Robert J. Miller
    Kyle S. Hirsch
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona 85004
    Attorneys for Defendants

676695.1 [0307032]

COPY of the foregoing served via *e-mail* this 15th day of September, 2010 upon:

Andrew C. Bailey
2500 N. Page Springs Rd.
Cornville, AZ 86325
Email: andrew@cameronbaxter.net
Debtor in Pro Per

Office of the U. S. Trustee
230 N. 1st Ave.
Suite 204
Phoenix, AZ 85003-1706
Larry.watson@usdoj.gov


 /s/ Donna McGinnis

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

676695.1 [0307032]