# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ANDREW C BAILEY |
| **Case Number:** | 2:09-bk-06979-RTBP   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 09, 2010 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

ADV: 2-09-01728

**ANDREW C. BAILEY vs THE BANK OF NEW YORK MELLON, FKA THE BAN**

HEARING RE Motion to Dismiss Complaint Defendants' Motion To Dismiss, With Prejudice, Plaintiff's Fourth Amended Complaint To Determine The Validity, Priority or Extent Of a Lien or Other Interest in Real Property and Petition For Injunctive Relief filed by KYLE S. HIRSCH of BRYAN CAVE LLP on behalf of BAC HOME LOANS SERVICING

R / M #:   50 / 0

## Appearances:

ANDREW C BAILEY
KYLE S. HIRSCH, ATTORNEY FOR THE BANK OF NEW YORK MELLON, FKA THE BAN

## Proceedings:

Mr. Hirsch goes over the background of the complaints that have been filed, and notes that this is the fourth amended complaint with no basis. Mr. Bailey gives his statements to the court on the note.

COURT: THE COURT FINDS THAT AT THIS TIME MR. BAILEY HAS NO SUPPORT FOR HIS CLAIMS.  MR. HIRSCH IS DIRECTED TO GET THE ORIGINAL CUSTODIAL FILE FROM NEW YORK FOR THE COURT TO REVIEW. HE SHOULD ALSO GET AN AFFIDAVIT FROM THE INDIVIDUAL GETTING THE FILE, THAT THERE HAS NOT BEEN ANY CHANGES SINCE 2006.  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 13, 2011 AT 10:00 A.M.