# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ANDREW C BAILEY |
| **Case Number:** | 2:09-bk-06979-RTBP    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 13, 2011 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

ADV: 2-09-01728

**ANDREW C. BAILEY vs THE BANK OF NEW YORK MELLON, FKA THE BAN**

CONTINUED HEARING RE Motion to Dismiss Complaint Defendants' Motion To Dismiss, With Prejudice, Plaintiff's Fourth Amended Complaint To Determine The Validity, Priority or Extent Of a Lien or Other Interest in Real Property and Petition For Injunctive Relief filed by KYLE S. HIRSCH of BRYAN CAVE LLP on behalf of BAC HOME LOANS SERVICING

**R / M #:**   50 / 0

VACATED:   RESCHEDULED TO 1/19/11 AT 1:30 P.M.

### Appearances:

NONE

### Proceedings:

VACATED: RESCHEDULED TO 1/19/11 AT 1:30 P.M.

Case 2:09-ap-01728-SSC   Doc 63   Filed 01/13/11   Entered 01/13/11 09:09:39   Desc
Main Document    Page 1 of 1